Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

Plaintiff(s)

Civil Action No. 07-1325 (RMC)

v.

ALL PROPERTY IN/UNDERLYING
E-GOLD ACCOUNT NUMBER 3297330

Defendant(s)

RE: ALL PROPERTY IN/UNDERLYING
E-GOLD ACCOUNT NUMBERS 3297330

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with * and copy of the complaint on October 11, 2007 , and an affidavit on behalf of the plaintiff having been filed, it is this 2nd day of July , 2008 declared that defendant(s) is/are in default.

* a Warrant of arrest in Rem

NANCY MAYER-WHITTINGTON, Clerk

By: T. Gumiel

Deputy Clerk